JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KECIA STEWART, | CV 14-4312 PA (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

Pursuant to the Court's July 9, 2014 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo") , which dismissed all of the claims asserted by plaintiff Kecia Stewart ("Plaintiff") against Wells Fargo,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Wells Fargo shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

//

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2 nothing and that Defendants shall have their costs of suit.

3        IT IS SO ORDERED.

5 DATED: July 9, 2014             _____

                                           Percy Anderson
6                              UNITED STATES DISTRICT JUDGE